B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**District of Nevada** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**155 East Tropicana, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Hooters Casino Hotel** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-1363044** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**115 East Tropicana Avenue<br>Las Vegas, NV**<br><div align="right">ZIP Code</div><br><div align="right">89109</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9      of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13     of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,    ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as       business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information    *** Brigid M. Higgins, Esq. NV Bar #5990 *** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ■<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ■<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ■<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10) Page 2

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **155 East Tropicana, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **155 East Tropicana Finance Corporation** | Case Number: | Date Filed: **8/01/11** |
|---|---|---|
| District: **District of Nevada** | Relationship: **Affiliate** | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **155 East Tropicana, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X *Brigid M. Higgins*
Signature of Attorney for Debtor(s)

**Brigid M. Higgins, Esq. NV Bar #5990**
Printed Name of Attorney for Debtor(s)

**Gordon Silver**
Firm Name

**3960 Howard Hughes Parkway
Ninth Floor
Las Vegas, NV 89169**

_____
Address

**(702) 796-5555  Fax: (702) 369-2666**
Telephone Number

*8/1/2011*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Michael Hessling**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

*8/1/11*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**ACTION BY UNANIMOUS WRITTEN CONSENT**
**OF THE MANAGEMENT BOARD OF 155 EAST TROPICANA, LLC**
**a Nevada limited liability company**

The undersigned, being all of the members holding office on the Management Board (the "*Board*") of 155 East Tropicana, LLC, a Nevada limited liability company (the "*Company*"), hereby adopt the following resolutions as of February 28, 2011:

RESOLVED:  The Company is authorized, empowered and directed to file a voluntary petition ("*Chapter 11 Petition*") in the United States Bankruptcy Court for the District of Nevada (the "*Bankruptcy Court*") pursuant to Chapter 11 of Title 11 of the United States Code ("*Chapter 11*").

RESOLVED:  In the event that Michael Hessling, in his capacity as President of the Company, and Neil Kiefer, in his capacity as Chief Executive Officer of the Company, determine that a Chapter 11 Petition should be filed, each is authorized and directed to execute and file the Chapter 11 Petition with the Bankruptcy Court.

RESOLVED:  Michael Hessling, in his capacity as President of the Company, and Neil Kiefer, in his capacity as Chief Executive Officer of the Company, are each designated as an individual responsible for carrying out the duties of the Company as a debtor and debtor-in-possession, including but not limited to executing all pleadings and paperwork required of the Company under Chapter 11. Notwithstanding, any restructuring proposal submitted to the Bankruptcy Court will be subject to further Board approval.

RESOLVED:  The Board authorizes, directs and ratifies the Company's hiring of the law firm of Gordon Silver to represent the Company in the Chapter 11 case in the event the Chapter 11 Petition is filed.

RESOLVED:  The Board authorizes, directs and ratifies the Company's hiring of Alvarez & Marsal as financial advisor to advise the Company in the Chapter 11 case in the event the Chapter 11 Petition is filed.

**ACTION BY UNANIMOUS WRITTEN CONSENT**
**OF THE MANAGEMENT BOARD OF 155 EAST TROPICANA, LLC**
a Nevada limited liability company

The undersigned, being all of the members holding office on the Management Board (the "*Board*") of 155 East Tropicana, LLC, a Nevada limited liability company (the "*Company*"), hereby adopt the following resolutions as of February 2nd, 2011:

RESOLVED:  The Company is authorized, empowered and directed to file a voluntary petition ("*Chapter 11 Petition*") in the United States Bankruptcy Court for the District of Nevada (the "*Bankruptcy Court*") pursuant to Chapter 11 of Title 11 of the United States Code ("*Chapter 11*").

RESOLVED:  In the event that Michael Hessling, in his capacity as President of the Company, and Neil Kiefer, in his capacity as Chief Executive Officer of the Company, determine that a Chapter 11 Petition should be filed, each is authorized and directed to execute and file the Chapter 11 Petition with the Bankruptcy Court.

RESOLVED:  Michael Hessling, in his capacity as President of the Company, and Neil Kiefer, in his capacity as Chief Executive Officer of the Company, are each designated as an individual responsible for carrying out the duties of the Company as a debtor and debtor-in-possession, including but not limited to executing all pleadings and paperwork required of the Company under Chapter 11. Notwithstanding, any restructuring proposal submitted to the Bankruptcy Court will be subject to further Board approval.

RESOLVED:  The Board authorizes, directs and ratifies the Company's hiring of the law firm of Gordon Silver to represent the Company in the Chapter 11 case in the event the Chapter 11 Petition is filed.

RESOLVED:  The Board authorizes, directs and ratifies the Company's hiring of Alvarez & Marsal as financial advisor to advise the Company in the Chapter 11 case in the event the Chapter 11 Petition is filed.



## ACTION BY UNANIMOUS WRITTEN CONSENT
## OF THE MANAGEMENT BOARD OF 155 EAST TROPICANA, LLC
### a Nevada limited liability company

The undersigned, being all of the members holding office on the Management Board (the *"Board"*) of 155 East Tropicana, LLC, a Nevada limited liability company (the *"Company"*), hereby adopt the following resolutions as of February 3, 2011:

RESOLVED: The Company is authorized, empowered and directed to file a voluntary petition (*"Chapter 11 Petition"*) in the United States Bankruptcy Court for the District of Nevada (the *"Bankruptcy Court"*) pursuant to Chapter 11 of Title 11 of the United States Code (*"Chapter 11"*).

RESOLVED: In the event that Michael Hessling, in his capacity as President of the Company, and Neil Kiefer, in his capacity as Chief Executive Officer of the Company, determine that a Chapter 11 Petition should be filed, each is authorized and directed to execute and file the Chapter 11 Petition with the Bankruptcy Court.

RESOLVED: Michael Hessling, in his capacity as President of the Company, and Neil Kiefer, in his capacity as Chief Executive Officer of the Company, are each designated as an individual responsible for carrying out the duties of the Company as a debtor and debtor-in-possession, including but not limited to executing all pleadings and paperwork required of the Company under Chapter 11. Notwithstanding, any restructuring proposal submitted to the Bankruptcy Court will be subject to further Board approval.

RESOLVED: The Board authorizes, directs and ratifies the Company's hiring of the law firm of Gordon Silver to represent the Company in the Chapter 11 case in the event the Chapter 11 Petition is filed.

RESOLVED: The Board authorizes, directs and ratifies the Company's hiring of Alvarez & Marsal as financial advisor to advise the Company in the Chapter 11 case in the event the Chapter 11 Petition is filed.

_____          _____

_____          _____

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **155 East Tropicana, LLC**                              Case No. _____

                                    Debtor(s)        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."   Do not disclose the child's name.   See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **U.S. Bank, National Association<br>Attn: Tim Sandell, Trustee<br>60 Livingston Avenue<br>Saint Paul, MN 55107** | **U.S. Bank, National Association<br>Attn: Tim Sandell, Trustee<br>60 Livingston Avenue<br>Saint Paul, MN 55107** | **155 E. Tropicana,<br>Las Vegas, NV<br>89119** | | **162,229,177.00<br>(16,000,000.00<br>secured)** |
| **Sysco Food Services of Las Vegas, Inc.<br>Attn: Managing Member<br>P.O. Box 93537<br>Las Vegas NV    89193** | **Sysco Food Services of Las Vegas, Inc.<br>Attn: Managing Member<br>P.O. Box 93537<br>Las Vegas NV    89193** | **Trade debt.** | | **139,154.67** |
| **NV Energy<br>Attn:  Managing Member<br>P O Box 30086<br>Reno, NV 89520-3008** | **NV Energy<br>Attn:  Managing Member<br>P O Box 30086<br>Reno, NV 89520-3008** | **Services.** | | **128,555.26** |
| **International Game Technology<br>Attn: Managing Member<br>9295 Prototype Dr.<br>Reno, NV 89521** | **International Game Technology<br>Attn: Managing Member<br>9295 Prototype Dr.<br>Reno, NV 89521** | **Trade debt.** | | **125,896.85** |
| **Hooters Of America<br>Attn: Managing Member<br>1815 The Exchange<br>Atlanta CA    30339-2040** | **Hooters Of America<br>Attn: Managing Member<br>1815 The Exchange<br>Atlanta CA    30339-2040** | **Trade debt.** | | **68,890.00** |
| **Provident Merchandise Sourcing<br>Attn: Managing Member<br>107 Hampton Road Suite # 170<br>Clearwater FL    33759** | **Provident Merchandise Sourcing<br>Attn: Managing Member<br>107 Hampton Road Suite # 170<br>Clearwater FL    33759** | **Trade debt.** | | **62,199.47** |
| **Mission Industries<br>Attn: Managing Member<br>1 Mayflower Ave.<br>North Las Vegas, NV 89030** | **Mission Industries<br>Attn: Managing Member<br>1 Mayflower Ave.<br>North Las Vegas, NV 89030** | **Trade debt.** | | **55,000.00** |
| **Pacific Seafood<br>Attn: Managing Member<br>P.O. Box 842757<br>Boston, MA 02284** | **Pacific Seafood<br>Attn: Managing Member<br>P.O. Box 842757<br>Boston, MA 02284** | **Trade debt.** | | **36,441.99** |

B4 (Official Form 4) (12/07) - Cont.

In re    **155 East Tropicana, LLC**                                              Case No. _____
                                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| WMS Gaming<br>Attn: Managing Member<br>800 S. Northpoint Blvd.<br>Waukegan, IL 60085 | WMS Gaming<br>Attn: Managing Member<br>800 S. Northpoint Blvd.<br>Waukegan, IL 60085 | Trade debt. | | 26,041.91 |
| Pepsi-Cola<br>Attn: Managing Member<br>P.O. Box 75948<br>Chicago, IL 60675 | Pepsi-Cola<br>Attn: Managing Member<br>P.O. Box 75948<br>Chicago, IL 60675 | Trade debt. | | 24,698.26 |
| Maestro PMS<br>Attn: Managing Member<br>8300 Woodbine Ave. 5th Fl<br>Markham, Ontario<br>Canada      L3R 9Y7 | Maestro PMS<br>Attn: Managing Member<br>8300 Woodbine Ave. 5th Fl<br>Canada      L3R 9Y7 | Trade debt. | | 21,926.00 |
| Get Fresh Sales<br>Attn: Managing Member<br>P.O. Box 96087<br>Las Vegas, NV 89193-6087 | Get Fresh Sales<br>Attn: Managing Member<br>P.O. Box 96087<br>Las Vegas, NV 89193-6087 | Trade debt. | | 21,481.13 |
| BMI Cable & New Media<br>Attn: Managing Member<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007-3000 | BMI Cable & New Media<br>Attn: Managing Member<br>7 World Trade Center<br>New York, NY 10007-3000 | Trade debt. | | 16,933.00 |
| U.S. Postmaster<br>Attn: Managing Member<br>1001 E. Sunset<br>Las Vegas, NV 89199-9600 | U.S. Postmaster<br>Attn: Managing Member<br>1001 E. Sunset<br>Las Vegas, NV 89199-9600 | Trade debt. | | 15,000.00 |
| Lodgenet Interactive Group<br>Attn: Managing Member<br>P.O. BOX 952141<br>St. Louis, MO 63191-2141 | Lodgenet Interactive Group<br>Attn: Managing Member<br>P.O. BOX 952141<br>St. Louis, MO 63191-2141 | Trade debt. | | 14,912.17 |
| Water District<br>Attn: Managing Member<br>1001 So. Valley View Blvd.<br>Las Vegas, NV 89153-0001 | Water District<br>Attn: Managing Member<br>1001 So. Valley View Blvd.<br>Las Vegas, NV 89153-0001 | Trade debt. | | 14,767.27 |
| I.C.W. Group<br>Attn: Managing Member<br>P.O. BOX 85563<br>San Diego, CA 92186-5563 | I.C.W. Group<br>Attn: Managing Member<br>P.O. BOX 85563<br>San Diego, CA 92186-5563 | Trade debt. | | 14,438.00 |
| Outwest Meat<br>Attn: Managing Member<br>300 W. Bonanza Rd.<br>Las Vegas, NV 89106 | Outwest Meat<br>Attn: Managing Member<br>300 W. Bonanza Rd.<br>Las Vegas, NV 89106 | Trade debt. | | 14,123.74 |
| Letizia Mass Media<br>Attn: Managing Member<br>5460 Desert Point Drive<br>Las Vegas, NV 89118 | Letizia Mass Media<br>Attn: Managing Member<br>5460 Desert Point Drive<br>Las Vegas, NV 89118 | Trade debt. | | 10,602.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    **155 East Tropicana, LLC**                                      Case No. _____
_____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Pace Communications**<br>**Attn: Managing Member**<br>**P.O. Box 60014**<br>**Charlotteo, NC 28260** | **Pace Communications**<br>**Attn: Managing Member**<br>**P.O. Box 60014**<br>**Charlotteo, NC 28260** | Trade debt. | | 10,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

  I, the President and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____8/1/11_____          Signature _____

                                          **Michael Hessling**
                                          **President**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

# United States Bankruptcy Court
## District of Nevada

In re    **155 East Tropicana, LLC**

Debtor(s)

Case No.

Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    _8/1/11_

**Michael Hessling/President**
Signer/Title

155 East Tropicana, LLC
115 East Tropicana Avenue
Las Vegas, NV 89109

Office of the United States Trustee
300 Las Vegas Blvd., South, #4300
Las Vegas, NV 89101

ABD Printing
Attn: Managing Member
2355 HWY  AB
McFarland, WI 53558

AFLAC
Attn: Managing Member
1932 Wynnton Road
Columbus, GA 31999-0001

American Hotel Register
Attn: Managing Member
16458 Collections Center Dr.
Chicago, IL 60693

BMI Cable & New Media
Attn: Managing Member
7 World Trade Center
250 Greenwich Street
New York, NY 10007-3000

Get Fresh Sales
Attn: Managing Member
P.O. Box 96087
Las Vegas, NV 89193-6087

Hooters Of America
Attn: Managing Member
1815 The Exchange
Atlanta CA,   30339-2040

I.C.W. Group
Attn: Managing Member
P.O. BOX 85563
San Diego, CA 92186-5563

Internal Revenue Service
Ogden, UT 84201

International Game Technology
Attn: Managing Member
9295 Prototype Dr.
Reno, NV 89521

Lamar Companies
Attn: Managing Member
P.O. Box  96030
Baton Rouge, LA 70896

Letizia Mass Media
Attn: Managing Member
5460 Desert Point Drive
Las Vegas, NV 89118

Lodgenet Interactive Group
Attn: Managing Member
P.O. BOX 952141
St. Louis, MO 63191-2141

Maestro PMS
Attn: Managing Member
8300 Woodbine Ave. 5th Fl
Markham, Ontario
Canada   L3R 9Y7,

McLanes/Sunwest
Attn: Managing Member
P.O. BOX 6138
Temple, TX 76503-6138

Mission Industries
Attn: Managing Member
1 Mayflower Ave.
North Las Vegas, NV 89030

NV Energy
Attn: Managing Member
P.O. BOX 30086
Reno, NV 89520-3008

Outwest Meat
Attn: Managing Member
300 W. Bonanza Rd.
Las Vegas, NV 89106

Pace Communications
Attn: Managing Member
P.O. Box 60014
Charlotteo, NC 28260

Pacific Seafood
Attn: Managing Member
P.O. Box 842757
Boston, MA 02284

PC Connection Sales Corp
Attn: Managing Member
P.O. Box 382808
Pittsburgh, PA 15250-8808

Pepsi-Cola
Attn: Managing Member
P.O. Box 75948
Chicago, IL 60675

Provident Merchandise Sourcing
Attn: Managing Member
107 Hampton Road Suite # 170
Clearwater FL,   33759

Reign Entertainment Productions
Attn: Managing Member
538 Paulson Dr.
Las Vegas, NV 89123

Southern Wine and Spirits
Attn: Managing Member
P.O. Box  19299
Las Vegas, NV 89132-0299

Sysco Food Services of Las Vegas, Inc.
Attn: Managing Member
P.O. Box 93537
Las Vegas NV,   89193

Thompson's Refrigeration
Attn: Managing Member
P.O. BOX 15385
Las Vegas, NV 89114

U.S. Bank, National Association
Attn: Timothy Sandell, Trustee
60 Livingston Avenue
St. Paul, MN 55107

U.S. Postmaster
Attn: Managing Member
1001 E. Sunset
Las Vegas, NV 89199-9600

Water District
Attn: Managing Member
1001 So. Valley View Blvd.
Las Vegas, NV 89153-0001

WMS Gaming
Attn: Managing Member
800 S. Northpoint Blvd.
Waukegan, IL 60085