# EXHIBIT 1

1

2

3

4

5

6

7 GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229

8 E-mail: ggordon@gordonsilver.com
BRIGID M. HIGGINS, ESQ.

9 Nevada Bar No. 5990
E-mail: bhiggins@gordonsilver.com

10 CANDACE C. CLARK, ESQ.
Nevada Bar No. 11539

11 E-mail: cclark@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor

12 Las Vegas, Nevada 89169
Telephone (702) 796-5555

13 Facsimile (702) 369-2666
[Proposed] Attorneys for Debtors

14

15 **UNITED STATES BANKRUPTCY COURT**

16 **FOR THE DISTRICT OF NEVADA**

17 In re                                          | Case No: 11-
                                                 | Chapter 11
18 155 EAST TROPICANA, LLC,
a Nevada limited liability company,

19

20          Debtor.                              | Date:
                                                 | Time:

21

22 **ORDER GRANTING EMERGENCY MOTION FOR ORDER DIRECTING JOINT
ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES UNDER FEDERAL RULE
OF BANKRUPTCY PROCEDURE 1015(b)**

23

24          155 East Tropicana, LLC, a Nevada limited liability company ("Company"), filed its

Emergency Motion for Order Directing Joint Administration of Debtors' Chapter 11 Cases

25 Under Federal Rule of Bankruptcy Procedure 1015(b) (the "Motion").[1]  A substantially similar

26 motion also was filed in the bankruptcy case of 155 East Tropicana Finance Corporation, a

27

─────────────────────

28 [1] All capitalized, undefined terms shall have the meanings ascribed to them in the Motion.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101535-001/1111460_3.doc

1    Nevada corporation ("Finance Corp.," and together with Company, "Debtors").

2        The Motion came on for hearing before the above-captioned Court and Debtors appeared

3    by and through their proposed counsel, the law firm of Gordon Silver, and all other appearances

4    were noted on the record. The Court reviewed the Motion and the other pleadings on file and

5    heard and considered the argument of counsel. The Court stated its findings of fact and

6    conclusions of law on the record at the hearing on the Motion, which findings of fact and

7    conclusions of law are incorporated herein by this reference in accordance with Fed. R. Civ. P.

8    52, as made applicable by Fed. R. Bankr. P. 9014. It appearing that the relief requested is

9    necessary to preserve Debtors' ongoing operations and necessary to avoid immediate and

10    irreparable harm, and is in the best interests of Debtors, the Estates and creditors; and in the light

11    of the circumstances and the emergency nature of the relief requested; and after due deliberation

12    and sufficient cause appearing therefor,

13        **IT IS HEREBY ORDERED** as follows:

14        1.    That pursuant to Bankruptcy Rule 1015(b) the Motion is GRANTED in its

15    entirety;

16        2.    Each of the Chapter 11 Cases is consolidated for procedural purposes only and

17    shall be jointly administered in accordance with Bankruptcy Rule 1015(b);

18        3.    The Chapter 11 Cases shall be jointly administered by this Court under Case No.

19    _____;

20        4.    Debtors shall maintain one (1) consolidated docket, service list, and file, which

21    shall be kept by the Clerk of the United States Bankruptcy Court for the District of Nevada under

22    the case number assigned to Company;

23        5.    Neither the Motion nor this Order shall be construed as affecting a substantive

24    consolidation of Debtors' Chapter 11 Cases;

25        6.    Claims shall be filed in the claims register maintained in each Debtor's respective

26    Case;

27        7.    This Order shall be effective and enforceable immediately upon its entry; and

28    / / /

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101535-001/1111460_3.doc

2

8.    This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

GORDON SILVER

By: _____
    GERALD M. GORDON, ESQ.
    BRIGID M. HIGGINS, ESQ.
    CANDACE C. CLARK, ESQ.
    3960 Howard Hughes Parkway, 9th Floor
    Las Vegas, Nevada 89169
    [Proposed] Attorneys for Debtors

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101535-001/1111460_3.doc

3

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

☐   The Court waived the requirement of approval under LR 9021.

☐   No party appeared at the hearing or filed an objection to the motion.

☐   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### ###

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101535-001/1111460_3.doc

4