# EXHIBIT 7

**CANPARTNERS REALTY HOLDING COMPANY IV LLC**
2000 Avenue of the Stars, 11th Floor
Los Angeles, California 90067

January 6, 2011

**VIA FACSIMILE AND OVERNIGHT COURIER**

155 EAST TROPICANA, LLC
115 East Tropicana Avenue
Las Vegas, NV 89109
Attn.: Michael Hessling
Fax No.: (702) 739-7783

GORDON SILVER
3960 Howard Hughes Parkway
Ninth Floor
Las Vegas, NV 89169-5978
Attn.: Gerald M. Gordon
Fax No.: (702) 369-2666

155 EAST TROPICANA FINANCE CORP.
115 East Tropicana Avenue
Las Vegas, NV 89109
Attn.: Michael Hessling
Fax No.: (702) 739-7783

EW COMMON LLC
115 East Tropicana Avenue
Las Vegas, NV 89109
Attn.: Michael Hessling
Fax No.: (702) 739-7783

FLORIDA HOOTERS LLC
115 East Tropicana Avenue
Las Vegas, NV 89109
Attn.: Michael Hessling
Fax No.: (702) 739-7783

Re:    **NOTICE OF ACCELERATION AND RESERVATION OF RIGHTS**

Ladies and Gentlemen:

Reference is hereby made to that certain Credit Agreement, dated as of March 29, 2005, as amended by that certain Amendment Number One to Credit Agreement, dated as of January 30, 2006, as further amended by that certain Amendment Number Two to Credit Agreement dated as of June 2, 2006, as further amended by that certain Amendment Number Three to Credit Agreement dated as of December 15, 2006, and as further amended by that certain Amendment Number Four to Credit Agreement dated as of August 13, 2008 (as may be further amended, restated, supplemented, or otherwise modified from time to time, the "Credit Agreement") among 155 East Tropicana, LLC, a Nevada limited liability company ("Parent") and 155 East Tropicana Finance Corp., a Nevada corporation ("Subsidiary", collectively with Parent, the "Borrower"), the lenders signatory thereto (the "Original Lenders"), and Wells Fargo Capital Finance, Inc., a California corporation (formerly known as Wells Fargo Foothill, Inc., a California corporation), as the arranger and administrative agent for the Original Lenders ("Original Agent"). On December 17, 2010, each of Original Lenders and Original Agent assigned and transferred their respective benefits and obligations under the Credit Agreement and the other Loan Documents to

LA1 1948601v.2

155 East Tropicana LLC / 155 East Tropicana Finance Corp.
January 6, 2011
Page 2 of 2

Canpartners Realty Holding Company IV LLC, a Delaware limited liability company ("Lender"), which assignment and transfer was accepted by Lender. Capitalized terms used herein but not specifically defined herein shall have the meanings ascribed to them in the Credit Agreement.

On April 7, 2009, Original Agent on behalf of Original Lenders issued to Borrower that certain Notice of Default and Reservation of Rights (the "Initial Notice"), as such notice was supplemented by that certain Notice of Default, Imposition of Default Rate of Interest, and Reservation of Rights issued to Borrower on April 29, 2009, by Original Agent on behalf of Original Lenders (the "April Notice"), as such notice as further supplemented by that certain Notice of Default and Reservation of Rights Letter, issued to Borrower on June 11, 2009, by Original Agent on behalf of Original Lenders (the "June Notice"), as such notice was further supplemented by that certain Notice of Default, Imposition of Default Rate of Interest, and Reservation of Rights Letter, issued to Borrower on December 11, 2009, by Original Agent on behalf of Original Lenders (the "December Notice", collectively with the Initial Notice, the April Notice, and the June Note, the "Original Default Notice"). Because the Events of Default set forth in the Original Default Notice remain uncured and outstanding, in accordance with Section 8.1(a) of the Credit Agreement Lender hereby declares all of the Obligations immediately due and payable to Lender. Furthermore, in accordance with Sections 8.1 and 8.2 of the Credit Agreement, Lender may immediately commence and prosecute any enforcement action available under the Credit Agreement and the other Loan Documents. Further, Lender retains all other rights and remedies available under the Credit Agreement, the other Loan Documents, and applicable law, including, without limitation, the continued accrual of interest of all Obligations at the interest rate provided in Section 2.6(c) of the Credit Agreement.

This letter is delivered under reservation of rights and remedies and shall not constitute a waiver by Lender of any default or Event of Default that may now or hereafter exist or occur under the Loan Agreement, the Guaranty or the other Loan Documents.

Please call the undersigned should you have any questions regarding this notice.

CANPARTNERS REALTY HOLDING COMPANY IV LLC,
a Delaware limited liability company

By:    Canyon Capital Realty Advisors LLC,
       a Delaware limited liability company,
       member

By: _____
    Name: K. Robert Turner
    Its:    Managing Partner

LAI 1948601v2

155 East Tropicana LLC / 155 East Tropicana Finance Corp.
January 6, 2011
Page 2 of 2

cc:    **Via Facsimile and Overnight Courier**

       Kummer Kaempfer Bonner & Renshaw
       3800 Howard Hughes Parkway
       Seventh Floor
       Las Vegas, Nevada 89109
       Attn.: Michael Bonner, Esq.
       Fax No.: (702) 796-7181

       **Via Facsimile and Overnight Courier**

       Greenberg Traurig, LLP
       Suite 400 North
       3773 Howard Hughes Parkway
       Las Vegas, Nevada 89169
       Attn.: John Brewer
       Fax No.: (702) 792-9002

       **Via Facsimile and Overnight Courier**

       U.S. Bank National Association
       Corporate Trust Services
       60 Livingston Avenue
       St. Paul, MN 55107-2292
       Attention:    Timothy Sandell
                  Vice President
       Fax No.: (651) 495-8100

       **Via Facsimile and Overnight Courier**

       Patrick J. McLaughlin, Esq.
       Dorsey & Whitney LLP
       50 South Sixth Street, Suite 1500
       Minneapolis, Minnesota 55402-1498