GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
BRIGID M. HIGGINS, ESQ.
Nevada Bar No. 5990
E-mail: bhiggins@gordonsilver.com
CANDACE C. CLARK, ESQ.
Nevada Bar No. 11539
E-mail: cclark@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
[Proposed] Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>155 EAST TROPICANA, LLC,<br>a Nevada limited liability company,<br><br>Debtor. | Case No.: 11-22216-BAM<br>Chapter 11<br><br>JOINTLY ADMINISTERED |
| In re<br><br>155 EAST TROPICANA FINANCE CORP.,<br>a Nevada corporation,<br><br>Debtor. | Case No.: 11-22217-BAM<br>Chapter 11<br><br>Date: N/A<br>Time: N/A |

**DESIGNATION OF RESPONSIBLE PERSON**

Pursuant to the U.S. Trustee Guidelines, 155 East Tropicana, LLC, a Nevada limited liability company ("Company") and 155 East Tropicana Finance Corp. ("Finance Corp." and together with the Company, the "Debtors"), by and through their proposed counsel, the law firm of Gordon Silver, hereby designates Deborah J. Pierce ("Ms. Pierce") as the natural person responsible for the duties and obligations of the Debtors in the above-captioned cases.

/ / /

/ / /

/ / /

/ / /

/ / /

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101535-001/1129727.doc

1  Ms. Peirce can be located at 115 E. Tropicana, Las Vegas, Nevada, 89109.

2  DATED this 1st day of August, 2011.

GORDON SILVER

By: _____
GERALD M. GORDON, ESQ.
BRIGID M. HIGGINS, ESQ.
CANDACE C. CLARK, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
[Proposed] Attorneys for Debtors

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101535-001/1129727.doc