GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
BRIGID M. HIGGINS, ESQ.
Nevada Bar No. 5990
E-mail: bhiggins@gordonsilver.com
CANDACE C. CLARK, ESQ.
Nevada Bar No. 11539
E-mail: cclark@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
[Proposed] Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>155 EAST TROPICANA, LLC,<br>a Nevada limited liability company,<br><br>Debtor. | Case No: 11-22216-BAM<br>Chapter 11<br><br>JOINTLY ADMINISTERED |
| In re<br><br>155 EAST TROPICANA FINANCE CORP.,<br>a Nevada corporation,<br><br>Debtor. | Case No. 11-22217-BAM<br>Chapter 11<br><br><br>Date: August 4, 2011<br>Time: 1:30 p.m. |

**NOTICE OF HEARING REGARDING FIRST DAY MOTIONS AND APPLICATIONS**

NOTICE IS HEREBY GIVEN that on August 1, 2011 (the "Petition Date"), 155 East Tropicana, LLC, a Nevada limited liability company ("Company") and 155 East Tropicana Finance Corp. ("Finance Corp." and together with the Company, "Debtors") Debtors and Debtors-in-possession, filed for relief under Chapter 11 of Title 11 of the United State Code in the United States Bankruptcy Court for the District of Nevada, Southern Division (the "Court"), by and through their counsel, the law firm of Gordon Silver.

NOTICE IS FURTHER GIVEN that Debtors have requested that the Court hear and

101535-001/1129705_2.doc

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

consider the following "first day" motions and applications filed by Debtors on shortened time:

| | **Motion/Application** | **Docket No.** |
|---|---|---|
| 1. | Company's <u>Emergency Motion For Order Directing **Joint Administration**</u> Of Debtors' Chapter 11 Cases Under Federal Rule Of Bankruptcy Procedure 1015(b)[1] | 3 |
| 2. | Application For Order Approving Employment Of Garden City Group, Inc. As **Claims And Noticing Agent** | 4 |
| | Declaration Of Angela Ferrante (the "<u>Ferrante Declaration</u>") In Support Thereof | 5 |
| 3. | <u>Emergency Motion For Entry of An Interim Order Pursuant To Fed. R. Bankr. P. 4001(b) and LR 4001(b): (1) Initially Determining Extent of **Cash Collateral** and Authorizing Interim Use of Cash Collateral By Debtors; and (2) Scheduling a Final Hearing to Determine Extent of Cash Collateral and Authorizing Use of Cash Collateral By Debtors</u> | 6 |
| | Declaration of Deborah Pierce | 7 |
| 4. | <u>Emergency Motion For Order Authorizing Maintenance Of Prepetition **Cash Management** System And Maintenance Of Prepetition Bank Accounts</u> | 9 |
| 5. | <u>Emergency Motion For Order (i) Authorizing Debtor 155 East Tropicana, LLC To Pay **Wages**, Salaries, Benefits, Reimbursable Business Expenses, and Other Employee Obligations, and (ii) Authorizing and Directing Financial Institutions To Honor And Process Checks and Transfers Related To Such Obligations</u> | 10 |
| 6. | <u>Emergency Application For Order Permitting Debtor 155 East Tropicana, LLC To Honor Hotel Room And Other **Customer Deposits** and To Honor Travel Agent Commissions</u> | 11 |
| 7. | <u>Emergency Motion For Order Authorizing Debtor 155 East Tropicana, LLC To Honor **Casino Chips** And Other Gaming Liabilities</u> | 12 |
| 8. | <u>Emergency Motion For An Order: (i) Allowing Administrative Expense Status For Goods Received Within The **Twenty Day Period** Before The Petition Date, and (ii) Authorizing, But Not Directing, Debtors To Pay Such Obligations</u> | 13 |

---

[1] Finance Corp. filed its <u>Emergency Motion for Order Directing **Joint Administration** of Debtors' Chapter 11 Cases Under Federal Rule of Bankruptcy Procedure 1015(b)</u> (the "<u>Finance Corp. Joint Admin Motion</u>") in the Finance Corp. bankruptcy case commenced by the filing of its petition for relief under Chapter 11.

101535-001/1129705_2.doc

2

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

9.  Emergency Motion Pursuant To 11 U.S.C. §§ 105(a) and 366 For An Order Determining That Adequate Assurance Has Been Provided To The **Utility Companies** .......... 14

10. Emergency Motion For Order Authorizing Debtor 155 East Tropicana, LLC To Pay **Pre-Petition Taxes** and Fees Pursuant To 11 U.S.C. §§ 105(a), 363(b), 507(a)(8), and 541(d) .......... 15

11. Omnibus Declaration of Deborah J. Pierce in Support of First Motions .......... 16

(collectively, the "First Day Motions and Applications"). All of the First Day Motions and Applications are supported by the Omnibus Declaration Of Deborah J. Pierce In Support Of Debtors' First Day Motions (the "Omnibus Declaration," and together with the Ferrante Declaration, the "Declarations") filed contemporaneously therewith.

**NOTICE IS FURTHER GIVEN** that the hearing on the First Day Motions and Applications will be held before the Honorable Judge Bruce A. Markell in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom No. 3, Las Vegas, Nevada 89101, on August 4, 2011, at the hour of 1:30 p.m.

**NOTICE IS FURTHER GIVEN** that any of the First Day Motions and Applications, individually or collectively, may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above-noticed hearing or any adjournment thereof.

**NOTICE IS FURTHER GIVEN** that electronic copies of the above-referenced First Day Motions and Applications and the accompanying Declarations are available through PACER located at the Court's website at http://ecf.nvb.uscourts.gov (PACER account required).

///

///

///

///

///

101535-001/1129705_2.doc

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

3

**NOTICE IS FURTHER GIVEN** that if any parties wish to participate telephonically in the above-referenced hearing, you must contact Court Conference, a division of **Court Call at 1-(866) 582-6878, to make arrangements (prior Court authorization required).**

DATED this 2nd day of August, 2011.

GORDON SILVER

By: *Candace Clark*
GERALD M. GORDON, ESQ.
BRIGID M. HIGGINS, ESQ.
CANDACE C. CLARK, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
[Proposed] Attorneys for Debtors

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101535-001/1129705_2.doc

4