**Entered on Docket**
**August 02, 2011**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
BRIGID M. HIGGINS, ESQ.
Nevada Bar No. 5990
E-mail: bhiggins@gordonsilver.com
CANDACE C. CLARK, ESQ.
Nevada Bar No. 11539
E-mail: cclark@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
[Proposed] Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>155 EAST TROPICANA, LLC,<br>a Nevada limited liability company,<br><br>Debtor. | Case No: 11-22216-BAM<br>Chapter 11<br><br>JOINTLY ADMINISTERED |
| In re<br><br>155 EAST TROPICANA FINANCE CORP.,<br>a Nevada corporation,<br><br>Debtor. | Case No. 11-22217-BAM<br>Chapter 11<br><br>Date: August 4, 2011<br>Time: 1:30 p.m. |

**NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR EMERGENCY MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(b); AND DEBTORS' FIRST DAY MOTIONS AND APPLICATIONS**

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101535-001/1111448_2.doc

1    This Court having considered Ex Parte Application for Order Shortening Time, and good

2  cause appearing therefore,

3    **IT IS HEREBY ORDERED** and notice is hereby given that the Emergency Motion For

4  Order Directing Joint Administration of Debtors' Chapter 11 Cases Under Federal Rule of

5  Bankruptcy Procedure 1015(b); and Debtors' first day motions and applications (collectively,

6  "First Day Motions and Applications") be, and the same will be heard by a United States

7  Bankruptcy Judge on the 4th day of August, 2011, at 1:30 p.m.  Copies of the above-referenced

8  motions are on file with the clerk of the United States Bankruptcy Court for the District of

9  Nevada, Las Vegas.

10    **IT IS HEREBY FURTHER ORDERED** that service of this Order Shortening Time

11  shall be served by noon August 2, 2011; that any oppositions to any of the First Day Motions and

12  Applications must be filed and served no later than 12:30 p.m. on August 4, 2011; that replies to

13  any oppositions will be considered at the time of the hearing; and that this hearing may be

14  continued from time-to-time without further notice except for the announcement of any

15  adjourned dates and times at the above noticed hearing or any adjournment thereof.

16    **IT IS SO ORDERED.**

17  PREPARED AND SUBMITTED:

18  GORDON SILVER

19  By: _____
20  GERALD M. GORDON, ESQ.
   BRIGID M. HIGGINS, ESQ.
21  CANDACE C. CLARK, ESQ.
   3960 Howard Hughes Pkwy., 9th Floor
22  Las Vegas, Nevada 89169
   [Proposed] Attorneys for Debtors

###

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

2

101535-001/1111448_2.doc