**SAUL EWING LLP**
Jeffrey C. Hampton, Esquire
Melissa W. Rand, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7118/1995
Facsimile: (215) 972-1848/1872
*Attorneys for U.S. Foodservice, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | CASE NO: 11-22216 |
| | Joint Administration Pending |
| 155 EAST TROPICANA, LLC., | |
| a Nevada Limited Liability Company, *et al.* | |
| | Chapter 11 |
| Debtors. | |

**REQUEST FOR SPECIAL NOTICE**

**TO:** **THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST**

I request that all notices given in this case and all papers served or required to be served in this case be given and served upon the undersigned at the following address and telephone number:

| Jeffrey C. Hampton, Esq. | Melissa W. Rand, Esq. |
|---|---|
| **SAUL EWING LLP** | **SAUL EWING LLP** |
| Centre Square West | Centre Square West |
| 1500 Market Street, 38th Floor | 1500 Market Street, 38th Floor |
| Philadelphia, PA 19102 | Philadelphia, PA 19102 |
| Telephone: (215) 972-7118 | Telephone: (215) 972-1995 |
| Facsimile: (215) 972-1848 | Facsimile: (215) 972-1872 |
| jhampton@saul.com | mrand@saul.com |

1331189.1 8/3/11

Dated:  August 3, 2011                              SAUL EWING LLP

By: /s/ Melissa W. Rand
    Jeffrey C. Hampton, Esquire
    Melissa W. Rand, Esquire
    Centre Square West
    1500 Market Street, 38th Floor
    Philadelphia, PA  19102
    Telephone: (215) 972-7118/1995
    Facsimile: (215) 972-1848/1872

Attorneys for U.S. Foodservice, Inc.

**SAUL EWING LLP**
Jeffrey C. Hampton, Esquire
Melissa W. Rand, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7118/1995
Facsimile: (215) 972-1848/1872
*Attorneys for U.S. Foodservice, Inc.*

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO: 11-22216 |
| | Joint Administration Pending |
| 155 EAST TROPICANA, LLC., | |
| a Nevada Limited Liability Company, *et al.* | |
| | Chapter 11 |
| Debtors. | |

### CERTIFICATE OF SERVICE

I, Melissa W. Rand, Esquire, do hereby certify, that on August 3, 2011, I caused a true and correct copy of the Request for Special Notice to be served upon the parties on the attached service list via first class mail and upon all parties who receive electronic notice through the Court's CM/ECF system.

_____
Melissa W. Rand, Esquire

1331189.1 8/3/11

## Service List

**U.S. TRUSTEE - LV - 11**
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101

**BRIGID M. HIGGINS**
GORDON & SILVER, LTD.
3960 HOWARD HUGHES PARKWAY, 9TH FLR
LAS VEGAS, NV 89109

**CANDACE C. CLARK**
GORDON SILVER
3960 HOWARD HUGHES PARKWAY, 9TH FLOOR
LAS VEGAS, NV 89169