E-filed on August 4, 2011

Jon T. Pearson, Esq.
Nevada Bar No. 10182
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: 702.471.7000
Facsimile: 702.471.7070
E-mail: pearsonj@ballardspahr.com

Ethan B. Minkin, Esq.*
Arizona Bar No. 019902
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595
E-mail: minkine@ballardspahr.com

*Each attorney will comply with LR IA 10–2 within 14 days*

Counsel for U.S. Bank National Association, as Indenture Trustee

Vincent J. Marriott, III, Esq.*
Pennsylvania Bar No. 41457
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19147
Telephone: 215.665.8500
Facsimile: 215.864.8999
E-mail: marriott@ballardspahr.com

Thomas O. Kelly, III, Esq.*
Minnesota Bar No. 0189960
Katherine A. Constantine, Esq.*
Minnesota Bar No. 0123341
Patrick J. McLaughlin, Esq.*
Minnesota Bar No. 0071080
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: 612.340.2600
Facsimile: 612.340.2868
E-mail: kelly.tom@dorsey.com
E-mail: constantine.katherine@dorsey.com
E-mail: mclaughlin.patrick@dorsey.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>155 EAST TROPICANA, LLC, a Nevada limited-liability company,<br><br>　　　　Debtor. | Case No.: BK-S-11-22216-BAM<br><br>(Joint Administration with Case No. BK-S-11-22217-BAM Pending)<br><br>Chapter 11 |
| In re:<br><br>155 East Tropicana Finance Corp., a Nevada corporation,<br><br>　　　　Debtor. | Date of Hearing: August 4, 2011<br>Time of Hearing: 1:30 p.m.<br>Location: 300 Las Vegas Blvd. South<br>　　　　　Courtroom #3<br>　　　　　Las Vegas, Nevada 89101 |

/ / /

/ / /

/ / /

DMWEST #8411973 v1

**JOINDER OF U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, IN CANPARTNERS REALTY HOLDING COMPANY IV LLC IN ALL OF ITS CAPACITIES ("CANPARTNERS") RESERVATION OF RIGHTS WITH REGARD TO EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO PAY WAGES SALARIES**

U.S. Bank National Association ("U.S. Bank"), as successor indenture trustee (the "Trustee") with respect to the 8¾ Senior Secured Notes Due 2012 (the "Notes") in the aggregate principal amount of $130,000,000, issued pursuant to that certain Indenture, dated as of March 29, 2005 into by and among 155 East Tropicana, LLC, a Nevada limited-liability company, and 155 East Tropicana Finance Corp., a Nevada corporation, and the Bank of New York Trust Company, N.A., a national banking association, as original trustee (the "Indenture"), joins and supports the Reservation of Rights [ECF Docket No. 32] (the "Reservation")[1] of Canpartners with regard to Emergency Motion for Order Authorizing Debtor to Pay Wages Salaries.

*[Remainder of the Page Intentionally Left Blank]*

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

As detailed in the Reservation, certain facts regarding the payment of salaries bare further investigation. While the Trustee joins Canpartners in consenting to the payment of senior management's existing salaries on an interim basis, the Trustee also, for all the reasons set forth in the Reservation, joins Canpartners in reserving all of its rights to object to the executive level and board member compensation at a further hearing.

Dated: August 4, 2011

BALLARD SPAHR LLP

By: /s/ *Jon T. Pearson*
    Jon T. Pearson, Esq.
    Ethan B. Minkin, Esq.
    Vincent J. Marriott, III, Esq.

-and-

DORSEY & WHITNEY LLP

Thomas O. Kelly, III, Esq.
Katherine A. Constantine, Esq.
Patrick J. McLaughlin, Esq.

*Counsel for U.S. Bank National Association, as Indenture Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of BALLARD SPAHR LLP and that on the 4th day of August, 2011, I caused to be served a true and correct copy of **JOINDER OF U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, IN CANPARTNERS REALTY HOLDING COMPANY IV LLC IN ALL OF ITS CAPACITIES ("CANPARTNERS") RESERVATION OF RIGHTS WITH REGARD TO EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO PAY WAGES SALARIES** (for Creditor *U.S. Bank National Association, as Indenture Trustee*), by ELECTRONIC SERVICE under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada. The above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

                /s/ *Cindy A. Hoss*
                An employee of BALLARD SPAHR LLP

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070