# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  11–22216–bam**
**Chapter 11**

In re: (Name of Debtor)
    155 EAST TROPICANA, LLC
    dba HOOTERS CASINO HOTEL
    115 EAST TROPICANA AVENUE
    LAS VEGAS, NV 89109

Social Security No.:

### ORDER APPROVING VERIFIED PETITION

The Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court filed by Thomas O. Kelly, III is approved.

Dated: 8/5/11

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court