**Entered on Docket
October 27, 2011**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**
_____

GORDON SILVER
GERALD M. GORDON, ESQ., Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
BRIGID M. HIGGINS, ESQ., Nevada Bar No. 5990
E-mail: bhiggins@gordonsilver.com
CANDACE C. CLARK, ESQ., Nevada Bar No. 11539
E-mail: cclark@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Debtors

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>155 EAST TROPICANA, LLC,<br>a Nevada limited liability company,<br><br>Debtor. | Case No: 11-22216-BAM<br>Chapter 11<br><br>JOINTLY ADMINISTERED |
| In re<br><br>155 EAST TROPICANA FINANCE CORP.,<br>a Nevada corporation,<br><br>Debtor. | Initial Cash Collateral Hearing<br><br>Date: August 4, 2011<br>Time: 1:30 p.m.<br><br>Prior Final Cash Collateral Hearing<br><br>Date: November 2, 2011<br>Time: 9:30 a.m.<br><br>Continued Final Cash Collateral Hearing<br><br>Date: January 25, 2012<br>Time: 9:30 a.m. |

**ORDER APPROVING SECOND STIPULATION TO CONTINUE THE FINAL CASH
COLLATERAL HEARING; AND NOTICE OF CONTINUANCE OF HEARING**

101535-003/1348063.doc

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

155 East Tropicana, LLC, a Nevada limited liability company (the "Company"), and 155 East Tropicana Finance Corp., a Nevada corporation ("Finance Corp.," and collectively with the Company, "Debtors"), debtors and debtors-in-possession, by and through their attorneys, the law firm of Gordon Silver, Canpartners Realty Holding Company IV LLC, in all of its capacities, including as Agent, Credit Facility Lender and holder of Senior Secured Notes ("Canpartners"), by and through its counsel, the law firms of Loeb & Loeb, LLP, and Shea & Carylon, Ltd., and U.S. Bank National Association, in its capacity as Trustee ("US Bank"), by and through its counsel, the law firms of Dorsey & Whitney, LLP, and Ballard Spahr, LLP, entered into that certain Second Stipulation to Continue the Final Cash Collateral Hearing (the "Second Extension Stipulation").

The Court, having read and considered the Second Extension Stipulation and good cause appearing therefor;

IT IS HEREBY ORDERED that the Second Extension Stipulation is approved in its entirety; and

IT IS HEREBY FURTHER ORDERED that the date of the final hearing (the "Final Hearing") to determine the use of Cash Collateral during the pendency of these Chapter 11 Cases, which had been scheduled for November 2, 2011 at 9:30 a.m., shall be continued to January 25, 2012, at 9:30 a.m.

///
///
///
///
///
///
///
///
///

101535-003/1348063.doc

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

1  IT IS HEREBY FURTHER ORDERED that the deadline to file written opposition to final relief in the Cash Collateral Motion, which had been scheduled for October 19, 2011, shall be continued to January 11, 2012, and that the deadline to file and serve any replies to such oppositions, which had been set for October 26, 2011, shall be continued to January 18, 2012.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

GORDON SILVER

By: _____
GERALD M. GORDON, ESQ.
BRIGID M. HIGGINS, ESQ.
CANDACE C. CLARK, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Attorneys for Debtors

###

101535-003/1348063.doc

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555